FILED
January 20, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002359227

ROBERT HAWKINS #131159
ATTORNEY AT LAW
1849 NORTH HELM, SUITE 110
FRESNO, CALIFORNIA 93727
(559) 255-0555

Attorney for Chapter 7 Trustee,
Sheryl Strain

IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of<br><br>MANUEL B. ORTIZ, JR. and<br>MARY F. ORTIZ,<br><br>Debtors.<br>_____/ | Case No. 09-19957-B-7F<br><br>DC No. RH-5<br><br>**TRUSTEE'S MOTION FOR AUTHORIZATION TO SELL PERSONAL PROPERTY**<br>11 U.S.C. §363<br><br>Date: February 10, 2010<br>Time: 10:00 a.m.<br>Dept: B |

**TO THE HONORABLE W. RICHARD LEE, UNITED STATES BANKRUPTCY JUDGE:**

Sheryl Strain respectfully represents:

1.   She is the duly appointed, qualified, and acting trustee of the above-entitled estate.

2.   The above-captioned case was filed under Chapter 7 on or about October 15, 2009, and Sheryl Strain was appointed Chapter 7 Trustee.

3.   This Court has jurisdiction over this proceeding by virtue of 28 U.S.C. §1334(a). This is a "core" proceeding pursuant to 28 U.S.C. §157(b)(2)(A). This motion is brought pursuant to 11 U.S.C. §363.

4.   Among the assets of this estate is a 2004 GMC ½ ton truck with an approximate fair market value of $6,875.00.

5. The Trustee has received an offer from the debtors, Manuel B. Ortiz, Jr. and Mary F. Ortiz, to purchase the vehicle for the total sum of $5,500.00 cash in three monthly installments. The estate is in receipt of the first installment payment in the amount of $1,833.00.

6. In deciding to accept the proposed offer, the Trustee took into consideration the fair market value of the vehicle and the costs associated with taking possession of, storing, and selling the vehicle at auction. The Trustee does not believe that the estate would net a higher amount by selling the vehicle at auction.

7. The Trustee believes that sale of the above-described property on the terms set forth above is in the best interest of the creditors of this estate and all parties in interest.

**WHEREFORE**, the Trustee prays that after appropriate notice and opportunity to be heard, she be authorized to sell the above-described asset to the debtors, Manuel B. Ortiz, Jr. and Mary F. Ortiz, for the total sum of $5,500.00.

**DATED**: JANUARY 19, 2010

/S/
ROBERT HAWKINS,
Attorney for Chapter 7 Trustee